# EXHIBIT 3



amazon.com/dp/B0F2TH7M7N

Amazon.com: 2024 Womens



Deliver to John
Chicago 60607

All

Search Amazon

EN

Hello, John
Account & Lists

Returns
& Orders

0
Cart

All · Rufus · Join Prime · Same-Day Delivery · Amazon Haul · Medical Care · Amazon Basics · Fashion · Prime Video · Customer Service · Cell Phones · Buy Again · Audible · Pet Supplies · Household, Health & Baby Care · Gift Cards · Browsing History · Sell

Some deliveries may take longer than usual due to winter storms

**Amazon Fashion**    Women    Men    Kids    Luggage    Sales & Deals    New Arrivals    Amazon Brands    Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts





Brand: Generic

## 2024 Womens T-Shirts Fashion Summer Short Sleeve Crewneck Rgosme Shirts Solid Color Basic Tee Shirts Casual Dressy Tops Tunic

Search this page

$2$^{39}$

Price history

### Product details

| Fabric type | Womens shirts |
| --- | --- |
| Care instructions | Machine Wash / Hand Wash |
| Fur description | Gifts for Women: fashion shirt,y2k teen girls t-shirt,trendy shirt,casual shirt for women |
| Closure type | Snap |

### About this item

- tops chiffon tops for women plus size racerback tank tops for women pajama tops ladies witch costume mock neck bodysuit for women cute shirt red tops for women dressy casual trendy tops fashion clothes for women 2024 crop top tanks for women off the shoulder lace dress flowy shirts comfy neck short sleeve white shirts for women 5 pack t shirts for women womens boho dressy crop tops for women shirts women pack

˅ See more

💬 Report an issue with this product or seller

$2$^{39}$

$8.99 delivery **December 1 - 8.**
Details

⊙ Deliver to John - Chicago 60607

**In Stock**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller    A8GT3JL55

Returns    FREE 30-day refund/replacement

Payment    Secure transaction

˅ See more

**Save this item**

Add to List



Upload your video

## Product details

**Item Weight** : 10 ounces

**Item model number** : 1

**Department** : womens

**Manufacturer** : Guangzhou Haotanghou Apparel Co., Ltd.

**ASIN** : B0F2TH7M7N

**Product Warranty:** For warranty information about this product, please click here

## Product Description

2024 Womens T-Shirts Fashion Summer Short Sleeve Crewneck Shirts Solid Color Basic Tee Shirts Casual Dressy Tops Tunic

✿✿Welcome to Our Store✿✿

➤Need a versatile and fashionable addition to your wardrobe? Look no further than our Plus Size Women's Tops! These casual long sleeve shirts are the perfect combination of comfort and style, making them the ideal option for any occasion.

✈BREATHABLE COMFORT: Made from a cotton linen/cotton, this top is lightweight.summer tops for women 2024

✈VERSATILE STYLE: The classic V-neck/Crew neck design and solid colors/color block.

women 3/4 sleeve white shirt womens womens jersey shirt women crop tee tunic tops for leggings for women plus size summer sexy tank tops v neck blouses for women witch top leopard tshirts for women pink cheetah shirt work shirt women cowgirl shirts for girls women's tunic summer v neck t shirts for women blue blouses for women hawaiian shirt for women wine shirts for women women's clothing cropped tank tops for teen girls jump suits

## Customer reviews

5 star ▢ 0%

4 star ▢ 0%

3 star ▢ 0%

2 star ▢ 0%

1 star ▢ 0%

No customer reviews

How customer reviews and ratings work ⌄

## Review this product



# A8GT3JL55

Visit the A8GT3JL55 storefront

★☆☆☆☆ | **0% positive** lifetime (1 total ratings)

## About Seller

A8GT3JL55 is committed to providing each customer with the highest standard of customer service.

### Have a question for A8GT3JL55?

[ Ask a question ]

## Reviews

★☆☆☆☆ 1 out of 5

1 ratings

[ Lifetime ⌄ ]

5 star — 0%
4 star — 0%
3 star — 0%
2 star — 0%
1 star ████████ 100%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

### FILTER BY

[ All stars ⌄ ]

1 total ratings, 1 with feedback for Lifetime ⓘ

★☆☆☆☆  "Hi, I paid for this item and still haven't received it and there's no delivery date available"

By Amazon Customer on July 13, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆  "This item is well over priced. The quality isn't like the picture. More like a $15-20."

By MonnieMone on April 29, 2025.



# A8GT3JL55

Visit the A8GT3JL55 storefront

⭐☆☆☆☆ | **0% positive** lifetime (1 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** yongkangshihongbaidianzishangwushanghanggerenduzi
**Business Address:**
鹿城区
兴海路东小区9幢305
温州市
浙江
325000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

