## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ZHANG ZHENBIAO, | |
| Plaintiff, | No. 26-cv-01494 |
| v. | Judge Robert W. Gettleman |
| A8GT3JL55, | Magistrate Judge Jeannice W. Appenteng |
| Defendant. | |

## ORDER

THIS CAUSE being before the Court on Plaintiff Zhang Zhenbiao ("Plaintiff") Motion for Expedited Discovery and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against A8GT3JL55 ("Defendant"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions as follows. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for Defendant, or in connection with the Online Marketplace, including, without limitation, any online marketplace platforms and payment processors such as Amazon.com ("Amazon"), PayPal, Inc ("PayPal"), and Stripe, Inc. ("Stripe") (the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses; and

b. the nature of Defendant's operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace and Defendant's financial accounts, including Defendant's sales and listing history related to its Internet Store.

2. Plaintiff may provide notice of these proceedings to Defendant, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order, and other relevant documents on a website, and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford them the opportunity to present their objections.

3. Defendant or any third party impacted by this Order may move for appropriate relief subject to the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

**ENTER:**

_____
**Robert W. Gettleman**
**United States District Judge**

**DATE:  February 22, 2026**