**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZHANG ZHENBIAO,<br><br>Plaintiff,<br><br>v.<br><br>A8GT3JL55,<br><br>Defendant. | No. 26-cv-01494<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Zhang Zhenbiao pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendant A8GT3JL55 with prejudice.


Dated: March 11, 2026

Respectfully submitted,

/s/ Junru Chen
Junru Chen (IL Bar No. 6344136)
Clovian Law, LLC
21 S Evergreen Ave., Ste. 200-129
Arlington Height, IL 60005
(312) 500-2995
junru.chen@clovianlaw.com